IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN BRODY, CHAIM HIRSCHFELD and SUZANNE GRUNSTEIN, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., f/k/a SCHERING-PLOUGH CORORATION, MSD CONSUMER CARE, INC., f/k/a SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., MERK SHARP & DOHME CORP., AS SUCCESSOR IN INTEREST TO SCHERING CORPORATION, SCHERING-PLOUGH HELATHCARE PRODUCTS ADVERTISING CORPORATION,<br><br>Defendants. | Civil Action No.12-cv-4774-PGS-DEA<br><br>OBJECTION TO CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES |

**DECLARATION OF CHRISTOPHER BATMAN IN SUPPORT OF OBJECTIONS TO CLASS ACTION SETTLEMENT IN *BRODY V. MERCK***

Comes now CHRISTOPHER BATMAN and states the following under oath and under penalty of perjury in support of his objection:

"My name is Christopher Batman. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge.

"My business address is 500 N. Shoreline Blvd., Ste. 1020, Corpus Christi, Texas 78401. My telephone number is (361) 698-5255. I am a resident of Corpus Christi, Texas.

"I object to the proposed settlement of *Steven Brody, et. al. v. Merck & Co., Inc., et. al.*, Case No. 12-cv-4774-PGS-DEA for the reasons stated in my objection.

"I purchased an Eligible Coppertone Sunscreen Product between July 31, 2006 to October 5, 2012. More specifically, from 2006 to 2011 my wife and I lived in a home with a swimming pool. During that time, I would buy 4 to 6 bottles of

sunscreen per swim season. I was partial to Coppertone, and my wife is partial to Neutrogena products. For myself, I purchased in that time period at least 1 or 2 bottles per year of Coppertone Sport, SPF 15. That is my favorite because it does not streak or run when wet. I have bought other Coppertone products as well in that time period. I have bought them for not only home use, but when I have traveled to the beach, or golf, or other outdoor activities. To the best of my memory, I have purchased at least 2 to 3 Coppertone products every year during the class period.

"I am confident that it was Coppertone products that I purchased because I have been using Coppertone my entire life, since my mother bought it for me when I was a kid.

"I do not have receipts for my Coppertone purchases, nor have I kept the empty bottles of Coppertone I used years ago. I think being required to keep that kind of documentation to make a claim for a product like sunscreen is preposterous, and I have objected to that requirement. I know I have purchased Coppertone products in the class period.

"I have made a claim for 6 products. My claim form is attached as Exhibit A. I object that my recovery is capped while settlement money goes to third parties who are not members of the class.

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this the 31st day of January 2013.

_____
Christopher Batman

# Sunscreen Settlement
# www.SunscreenSettlement.com

Your Claim has been successfully submitted. Please print this page for your records.

Claim #: 12904
Control #: 9073011586

Dated: 2013-01-31 11:40:26

Thank you for submitting your Claim Form online.

If you are seeking reimbursement that requires a proof of purchase, you must also mail that proof of purchase to the address below and the envelope must be postmarked no later than March 4, 2013. Merck and/or the Notice and Settlement Administrator will reject any Claim Form for which a required proof of purchase is not submitted by the deadline.

Sunscreen Settlement
c/o GCG
P.O. Box 35018
Seattle, WA 98124-1018

Please click the 'Create Proof of Purchase Mailing Insert' button below to create a one-page insert that you should include with any proof of purchase that you submit as part of your reimbursement request. Please make sure your web browser's pop-up blocker is turned off prior to clicking the 'Create Proof of Purchase Mailing Insert' button.

Once you have created the insert, please gather your proof of purchase(s) together and send them along with the insert to the address above. Your proof of purchase submission envelope must be postmarked no later than March 4, 2013.

| Create Proof of Purchase Mailing Insert |