UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN BRODY, CHAIM HIRSCHFELD and SUZANNE GRUNSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., F/K/A SCHERING-PLOUGH CORPORATION, MSD CONSUMER CARE, INC., F/K/A SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., MERCK SHARP & DOHME CORP., AS SUCCESSOR IN INTEREST TO SCHERING CORPORATION, SCHERING PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION, AND SCHERING-PLOUGH HEALTHCARE PRODUCTS ADVERTISING CORPORATION,<br><br>Defendants. | Case No. 12-cv-4774-PGS-DEA<br><br>NOTICE OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF JEFF WEINSTEIN |

**PLEASE TAKE NOTICE** that the law firm, Margulies Wind, local counsel for Objector Cindy Beck hereby applies before the Honorable Douglas Alpert, U.S.M.J., at the United States District Court, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order pursuant to Local Civil Rule 101.1 to admit *pro hac vice* Jeff Weinstein of the firm of Weinstein Law, 518 East Tyler Street, Athens, Texas 75751, to serve as local counsel for Objector, Cindy Beck.

- 1 -

**PLEASE TAKE FURTHER NOTICE** that this application is being made pursuant to Local Civil Rule 101.1(c) and is within the discretion of the Court.

**PLEASE TAKE FURTHER NOTICE** that Objector hereby requests that this application be decided on the papers pursuant to Rule 78 of the Federal Rules of Civil Procedure.

Respectfully submitted,

BY: ROBERT E. MARGULIES

**MARGULIES WIND**
**A Professional Corporation**
Harborside Plaza 10
3 Second Street - Suite 1201
Jersey City, NJ 07311
201-333-0400          201-333-1110 (fax)

**Jeff Weinstein, Esq.**
**Weinstein Law**
518 East Tyler Street
Athens, Texas 75751.
903-677-5333

COUNSEL FOR OBJECTOR

MARGULIES WIND
HARBORSIDE FINANCIAL CENTER
PLAZA 10, 3 SECOND STREET, SUITE 1201
JERSEY CITY, NEW JERSEY 07311-3988
(201) 333-0400

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February 2013, I electronically filed a true and correct copy of the foregoing Notice of Application for Pro Hac Vice Admission of Jeff Weinstein, Declaration of Robert E. Margulies in Support of Application, Certification of Jeff Weinstein in Support of Application, and proposed form of Order , with the Clerk of the Court using the CM/ECF system which will send notification to those attorneys who are duly registered with the CM/ECF system.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

*Barbara Isabella*
BARBARA ISABELLA

DATED: February 15, 2013

MARGULIES WIND
HARBORSIDE FINANCIAL CENTER
PLAZA 10, 3 SECOND STREET, SUITE 1201
JERSEY CITY, NEW JERSEY 07311-3988
(201) 333-0400