IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN BRODY, CHAIM HIRSCHFELD and SUZANNE GRUNSTEIN, on behalf of themselves and all others similarly situated,<br>　　　Plaintiffs,<br>vs.<br><br>Merck & Co., Inc., f/k/a Schering-Plough Corporation, MSD Consumer Care, Inc., f/k/a Schering-Plough Healthcare Products, Inc., Merck Sharp & Dohme Corp., as successor in interest to Schering Corporation, Scheringplough Healthcare Products Sales Corporation, and Schering-Plough Healthcare Products Advertising Corporation,<br>　　　Defendants. | Civil Action No.<br><br>12-cv-4774-PGS-DEA |

NOTICE OF APPEAL

Notice is hereby given that Cindy Beck, a member of the Plaintiff class who objected to the settlement in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the (1) Final Judgment dated March 12, 2013 (Doc. 47), (2) the Final Order Approving Class Action Settlement dated March 12, 2013 (Doc. 46), and (3) any subsequent orders regarding the approval of the class action settlement and/or award of attorneys' fees to class counsel.

　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Margulies
　　　　　　　　　　　　　　　　　　　　ROBERT E. MARGULIES, ESQ.

　　　　　　　　　　　　　　　　　　　　MARGULIES WIND
　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　Harborside Plaza 10
　　　　　　　　　　　　　　　　　　　　3 Second Street – Suite 1201
　　　　　　　　　　　　　　　　　　　　Jersey City, NJ 07311
　　　　　　　　　　　　　　　　　　　　201-333-0400
　　　　　　　　　　　　　　　　　　　　201-333-1110-fax

　　　　　　　　　　　　　　　　　　　　Jeffrey Weinstein
　　　　　　　　　　　　　　　　　　　　TX State Bar No. 21096450
　　　　　　　　　　　　　　　　　　　　WEINSTEIN LAW
　　　　　　　　　　　　　　　　　　　　518 East Tyler Street
　　　　　　　　　　　　　　　　　　　　Athens, TX   75751
　　　　　　　　　　　　　　　　　　　　903/677-5333
　　　　　　　　　　　　　　　　　　　　903/677-3657 – facsimile
　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR OBJECTOR

## Certificate of Service

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electric mail by the Clerk of the Court via the CM/ECF system on April 4, 2013, including the following:

Clerk of the Court
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Mitchell Twersky
Abraham, Fruchter & Twersky, LLP
One Penn Plaza Suite 2805
New York, NY 10119

John P. Hooper
David E. Stanley
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

/s/ Robert E. Margulies
ROBERT E. MARGULIES, ESQ.