IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN BRODY, CHAIM HIRSCHFELD and SUZANNE GRUNSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., f/k/a SCHERING-PLOUGH CORORATION, MSD CONSUMER CARE, INC., f/k/a SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., MERK SHARP & DOHME CORP., AS SUCCESSOR IN INTEREST TO SCHERING CORPORATION, SCHERING-PLOUGH HEALTHCARE PRODUCTS ADVERTISING CORPORATION,<br><br>Defendants. | Civil Action No.12-cv-4774-PGS-DEA<br><br>Judge Peter G. Sheridan<br><br>**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit** |

Notice is hereby given that class member Christopher Batman appeals to the United States Court of Appeals for the Third Circuit from the Final Judgment (Dkt. No. 47) and the Final Order Approving Class Action Settlement (Dkt. No. 46) of the United States District Court, District of New Jersey, both entered in this action on March 12, 2013.

Dated: April 10, 2013

Respectfully submitted,

    /s/ Samuel J. Myles
Samuel J. Myles, Esq.
State Bar No. 018712000
**HOLSTON, MacDONALD, UZDAVINIS, ZIEGLER & LODGE, P.A.**
66 Euclid Street
Woodbury, NJ  08096
856-848-5858 (phone)
856-848-1898 (fax)
smyles@holstonlaw.com
www.holstonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of April 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via first class mail to the following participants, at the addresses listed below:

Mitchell Twersky
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Ste. 2805
New York, NY 10119

John P. Hooper
David E. Stanley
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Gary S. Graifman
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

Forrest Scott Turkish
595 Broadway
Bayonne, NJ 07002

Robert E. Margulies
Margulies Wind, P.C.
Harborside Plaza 10
3 Second Street, Suite 1201
Jersey City, NJ 07311-3988

/s/ Samuel J. Myles
Samuel J. Myles, Esq.