IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN BRODY, CHAIM HIRSCHFELD, and SUZANNE GRUNSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO, INC. f/k/a SCHERING-PLOUGH CORPORATION, MSD CONSUMER CARE, INC. f/k/a SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., MERCK SHARP & DOHME CORP., AS SUCCESSOR IN INTEREST TO SCHERING CORPORATION, SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION, AND SCHERING-PLOUGH HEALTHCARE PRODUCTS ADVERTISING CORPORATION,<br><br>Defendants | Civil Action No. 12-cv-4774-PGS-DEA<br><br>**NOTICE OF APPEAL OF FATIMA DOREGO** |

Notice is hereby given that Objector Fatima Dorego appeals to the United States Court of Appeals for the Third Circuit from the (1) Final Order Approving Class Action Settlement (Dkt. No. 46) dated March 12, 2013, (2) Final Judgment (Dkt. No. 47) dated March 12, 2013, and (3) any subsequent orders regarding the approval of the class action settlement and/or award of attorneys' fees to class counsel.

Dated: April 10, 2013          By: _____
Forrest S. Turkish
Forrest S. Turkish (FT1197)
Law Office of Forrest S. Turkish
595 Broadway, Bayonne, NJ 07002
Phone: (201) 339-8866 / Fax: (201) 339-8456
Email: Fsturkish@aol.com
Attorney for Objector Fatima Dorego

## CERTIFICATE OF SERVICE

  I hereby certify that on April 10, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court of New Jersey by using the USDC CM/ECF system.

  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

_____
Forrest S. Turkish