Gary S. Graifman, Esq.
**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1086
*ggraifman@kgglaw.com*

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN BRODY et al., on behalf of themselves and all others similarly situated, | Case No. 3:12-cv-04774-PGS-DEA |
| | *DOCUMENT ELECTRONICALLY FILED* |
| Plaintiffs, | |
| vs. | |
| MERCK & CO., INC., f/k/a SCHERING-PLOUGH CORPORATION, et al., | MOTION DATE:  June 17, 2013 |
| Defendants. | |

## PLAINTIFFS' NOTICE OF MOTION TO REQUIRE POSTING OF APPEAL BONDS BY OBJECTOR-APPELLANTS

PLEASE TAKE NOTICE THAT on June 17, 2013, pursuant to Rule 7 of the Federal Rules of Appellate Procedure, Plaintiffs Steven Brody, Chaim Hirschfeld and Suzanne Grunstein ("Plaintiffs") shall move before the Honorable Peter G. Sheridan, U.S.D.J., at the United States District Court, Martin Luther King, Jr. Federal Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order requiring objector-appellants Cindy Beck, Fatima Dorego and Christopher Batman to post appeal bonds totaling $260,500.  In support of their motion, Plaintiffs shall rely upon the accompanying motion and incorporated memorandum of law, the Declaration of Mitchell M.Z. Twersky in Support of Plaintiffs' Motion to Require Posting of Appeal Bonds by Objector-Appellants, the Affidavit of Jennifer M. Keough Regarding Additional Claims Administration Costs Resulting From Appeal, and all pleadings and documents filed in this action and related proceedings.

A proposed Order is attached hereto as Exhibit A.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1(b), Plaintiffs request oral argument of this motion.

DATED:  May16, 2013

                                        **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**

                                        /s/ *Gary S. Graifman*
                                        Gary S. Graifman, Esq.

210 Summit Avenue
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1086
*ggraifman@kgglaw.com*
***Counsel for Plaintiffs***

**ABRAHAM, FRUCHTER
& TWERSKY, LLP**
Mitchell M.Z. Twersky, Esq. (*pro hac vice*)
Ximena R. Skovron, Esq. (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
*mtwersky@aftlaw.com*
*xskovron@aftlaw.com*
***Settlement Class Counsel***