IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN BRODY, CHAIM HIRSCHFELD, and SUZANNE GRUNSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO, INC. f/k/a SCHERING-PLOUGH CORPORATION, MSD CONSUMER CARE, INC. f/k/a SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., MERCK SHARP & DOHME CORP., AS SUCCESSOR IN INTEREST TO SCHERING CORPORATION, SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION, AND SCHERING-PLOUGH HEALTHCARE PRODUCTS ADVERTISING CORPORATION,<br><br>Defendants | Civil Action No. 12-cv-4774-PGS-DEA |

**JOINDER OF FATIMA DOREGO TO CINDY BECK AND CHRISTOHER BATMAN'S OPPOSITIONS TO PLAINTIFFS' MOTION TO REQUIRE POSTING OF APPEAL BOND BY OBJECTOR-APPELLANTS**

  Objector Fatima Dorego ("DOREGO") joins in the oppositions filed by Cindy Beck (Docket No. 61) and Christopher Batman (Docket No. 62) to plaintiffs' motion to require posting of an appeal bond by objector-appellants.

/ / /

/ / /

/ / /

DOREGO respectfully requests that any relief ordered by the court relative to the oppositions of Cindy Beck and Christopher Batman be ordered in favor of DOREGO.

                                        Respectfully submitted,

Dated:  June 7, 2013                By: /s/ Forrest S. Turkish
                                          Forrest S. Turkish (FT1197)

                                        Law Office of Forrest S. Turkish
                                        595 Broadway
                                        Bayonne, NJ 07002
                                        Phone: (201) 339-8866
                                        Fax: (201) 339-8456
                                        Email: fsturkish@aol.com

                                        Attorney for Objector Fatima Dorego

## CERTIFICATE OF SERVICE

  I hereby certify that on June 7, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of New Jersey by using the USDC CM/ECF system.

  I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.


            ___/s/ Forrest S. Turkish_____
            Forrest S. Turkish
            Attorney for Objector