LAW OFFICES
# HOLSTON, MACDONALD, UZDAVINIS, ZIEGLER & LODGE

ROBERT G. HOLSTON
ARTHUR J. MacDONALD, JR.
RONALD J. UZDAVINIS
WILLIAM F. ZIEGLER*
TERI S. LODGE*

AUGUSTA J. PISTILLI*
SAMUEL J. MYLES

A PROFESSIONAL CORPORATION
66 EUCLID STREET
WOODBURY, NEW JERSEY 08096

856-848-5858
FAX 856-848-1898

www.holstonlaw.com

OF COUNSEL:
JOHN S. HOLSTON, JR

*ALSO ADMITTED IN PENNSYLVANIA

e-mail:smyles@holstonlaw.com

June 14, 2013

Honorable Peter G. Sheridan
Fisher Federal Building and U. S. Courthouse
402 E. State Street, Room 4050
Trenton, NJ 08608

Re:  **Brody v. Merck, et al**
     **Docket No.: 12-cv-4774**

Dear Judge Sheridan:

This office represents objector Christopher Batman in the above matter. I write to Your Honor to explain why I had filed a corrected Brief in opposition to Plaintiff's Motion for an appeal bond.

Our client, Christopher Batman, is a resident of Texas. He is represented in Texas by Christopher Bandas, Esquire of the Bandas Law Firm, who has represented him in other matters. We were retained locally to represent Mr. Batman as an objector in this case. As such, we have coordinated with the Bandas Law Firm in preparing some of the pleadings in this matter including the Brief in opposition to the Motion for an appeal bond. In so doing, we were advised by the Bandas Law Firm that they represented Mr. Batman as an objector in the *Baby Products Litigation* matter. We therefore included that in our Brief in opposition.

After filing the Brief, I was notified by Plaintiff's counsel that they did not see any record of Mr. Batman being an objector in the *Baby Products* suit. When I looked into this issue further, I realized the error that had been made. Mr. Bandas actually represented not Mr. Batman but a different objector, Clark Hampe, in the *Baby Products Litigation* matter. As soon as I became aware of the error, I immediately filed a corrected Brief with the court.

My corrected Brief simply removed references of Mr. Batman being an objector in the *Baby Products Litigation* matter. It did not add or change any other arguments.

I apologize to the court and to counsel for this error. I thank the Court for its time and attention to this matter.

Very truly yours,
**HOLSTON, MacDONALD, UZDAVINIS, ZIEGLER & LODGE**
A Professional Corporation

By: _____
Samuel J. Myles

SJM/rk
Cc: All counsel via E-Filing Only