# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-1980

Steven Brody v. Cindy Beck

3-12-cv-04774

# O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

July 25, 2013
Ian D. BergEsq.
Jack G. FruchterEsq.
Eric F. GladbachEsq.
John P. HooperEsq.
Lawrence D. LevitEsq.
Ximena R. SkovronEsq.
David E. StanleyEsq.
Mitchell M. TwerskyEsq.
Jeffrey L. WeinsteinEsq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.